# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| **Hwang Jin Yeong,** | |
| Plaintiff, | |
| vs. | Case No: 1:04-cv-00039 |
| **USA,** | |
| Defendant. | **CERTIFICATE OF MAILING** |

The following individual was served by first class mail on September 30, 2005:

*Hwang Jin Yeong*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Order denying Motion Under 28 USC 2255 filed September 28, 2005*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005       /s/ Shirlene A. Ishizu
                                  Deputy Clerk