# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| **Hwang Jin Yeong,**  Plaintiff,  vs.  **USA,**  Defendant. | Case No: 1:04-cv-00039  **CERTIFICATE OF SERVICE** |

The following individual was served by first class mail on October 3, 2005:

   *Hwang Jin Yeong*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Notice of Entry to Order denying Motion Under 28 USC 2255 filed October 3, 2005*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2005                             /s/ Shirlene A. Ishizu
                                                              Deputy Clerk